SUPREME COURT OF THE STATE OF NEW YORK
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NIKE, INC.

        Plaintiff,

-against-

JERRY CUSTOMHOUSE BROKER, INC., GEREMIA CAPOLONGO, VARIOUS JOHN DOES, and XYZ COMPANIES,

        Defendants.
-------------------------------------------------------------X

Civil Action No. 10-cv-1916 (SLT)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that SHAYNE LAW GROUP, P.C., appears as counsel for JERRY CUSTOMHOUSE BROKER, INC., and GEREMIA CAPOLONGO in this action.

I certify that I am admitted to practice in this court.

Dated: New York, New York
      May 24, 2010

                                                /s/ William C. Shayne
                                                William C. Shayne (WS 5672)
                                                Shayne Law Group. P.C.
                                                Attorney for Defendant
                                                64 Fulton Street, Ste. 1000
                                                New York, NY 10038
                                                (212) 566-4949 (telephone)
                                                (212) 202-5423 (fax)