SUPREME COURT OF THE STATE OF NEW YORK
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NIKE, INC.                                                 Civil Action No. 10-cv-1916 (SLT)

          Plaintiff,

                                                     **Rule 7.1 Statement**

   -against-

JERRY CUSTOMHOUSE BROKER, INC., GEREMIA
CAPOLONGO, VARIOUS JOHN DOES, and XYZ
COMPANIES,

          Defendants.
-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GEREMIA CAPOLONGO d/b/a JERRY CUSTOMHOUSE BROKER, INC., (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        NONE ARE PUBLICLY HELD.


Date: May 24, 2010                                     /s/ William C. Shayne
                                                                 Signature of Attorney
                                                                 William C. Shayne
                                                                 Attorney Bar Code: WS5672