UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE INC.,<br><br>                  Plaintiff,<br><br>-against-<br><br>JERRY CUSTOMHOUSE BROKER, INC., GEREMIA CAPOLONGO, VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES,<br><br>                  Defendants. | CV-10-1916(SLT)<br><br>**CERTIFICATE OF SERVICE** |

    I, GERMAIN CRUZ, am not a party to the above-entitled action and am over the age of 18 years, and herby certify under penalty of perjury that on July 12, 2010, I caused to be served true and correct copies of the Motion to Admit Counsel Pro Hac Vice, Declaration of Martin J. Feinberg in Support of Motion to Admit Counsel Pro Hac Vice, the Affidavit of Michael W.O. Holihan in Support of Motion to Admit Counsel Pro Hac Vice and the proposed Order for Admission Pro Hac Vice on Written Motion upon:

                  William C. Shayne, Esq.
                  Shayne Law Group, P.C.
                  64 Fulton Street, Ste. 1000
                  New York, NY 10038

by depositing true copies thereof, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

997090-1

Dated: New York, New York
       July 12, 2010

_____
GERMAIN J. CRUZ

997090-1