Holihan Law
Michael Walls O'Br Holihan (pro hac vice)
michael.holihan@holihanlaw.com
1101 North Lake Destiny Drive
Suite 275
Maitland, Florida 32751

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> JERRY CUSTOMHOUSE BROKER, INC., GEREMIA CAPOLONGO, VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES, <br><br> Defendants. | Civil Action No. 10 Civ. 1916 (SLT) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael W.O. Holihan of Holihan Law hereby enters his appearance on behalf of Plaintiff NIKE, INC. and request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the email address listed above. The undersigned hereby appears in this action as counsel for Plaintiff Nike, Inc.

I certify that I am admitted Pro Hac Vice in this matter.

1034216-1

Dated: August 9, 2010
    New York, New York

                                    HOLIHAN LAW

By:   /s/ Michael W.O. Holihan
       Michael Walls O'Br Holihan
       *Attorneys for Plaintiff (pro hac vice)*
       1101 North Lake Destiny Road
       Suite 275
       Maitland, FL 32751
       Phone: 407-660-8575
       Fax: 407-660-0510

1034216-1